UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DANIEL BROWN JR.**, Plaintiff, v. **STATE OF MICHIGAN**, **WAYNE COUNTY**, **WAYNE COUNTY SHERIFF'S OFFICE**, **WAYNE COUNTY PROSECUTOR'S OFFICE**, **JOHN/JANE DOE OFFICERS**, Defendants. | Case: 2:25−cv−12241 Assigned To : Grey, Jonathan J.C. Referral Judge: Stafford, Elizabeth A. Assign. Date : 7/22/2025 Description: CMP DANIEL BROWN V STATE OF MICHIGAN ET AL (SS) |

Case No: To be assigned
Hon. To be assigned
Magistrate Judge: To be assigned

## VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

**(Wrongful Imprisonment, Civil Rights Violations, ADA Claims, Medical Negligence)**
Filed in Propria Persona Pursuant to 28 U.S.C. § 1915

## I. INTRODUCTION

1. This is a federal civil rights action brought under 42 U.S.C. § 1983, the Eighth and Fourteenth Amendments of the U.S. Constitution, the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq., and other applicable laws.
2. Plaintiff, **Daniel Brown Jr.**, was wrongfully detained, denied critical medical care, and subjected to inhumane treatment between 2020 and 2024, resulting in severe personal injury, deprivation of liberty, and catastrophic health and financial harm.

## II. JURISDICTION AND VENUE

3. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 (federal questions and civil rights).
4. Venue is proper in this District under 28 U.S.C. § 1391(b), as the events occurred in **Wayne County, Michigan**.

## III. PARTIES

5. Plaintiff **Daniel Brown Jr.** resides in Detroit, Wayne County, Michigan.
6. Defendant **State of Michigan** is a governmental entity responsible for oversight of public agencies and departments involved.
7. Defendant **Wayne County** is a political subdivision of the State of Michigan.
8. Defendant **Wayne County Sheriff's Office** is responsible for the care, custody, and control of inmates.
9. Defendant **Wayne County Prosecutor's Office** oversees criminal prosecutions in the county.
10. **John/Jane Doe Officers** are unknown agents of the Sheriff's Office and jail medical staff who acted under color of law.

## IV. FACTUAL BACKGROUND

11. In June 2020, Plaintiff was arrested and charged in Case No. 20-002931-01-FH. He was detained **without conviction** for nearly four years.
12. He was incarcerated twice — first in 2020, and again in **September 2024**, both times as a **pretrial detainee**.
13. Plaintiff was never convicted of a crime, and all charges were **dismissed in April 2024**.
14. While detained, Plaintiff suffered a **seizure, heart complications, and severe kidney issues** due to the jail's refusal to provide medication and ADA accommodations.
15. He was forced to **attend court hearings** while undergoing dialysis treatment, which endangered his life.
16. Jail staff **ignored critical medical directives**, and no ADA representative or medical advocate was ever provided.
17. On release in April 2024, Plaintiff discovered that **release paperwork was mishandled**, showing he was still incarcerated until **October 2024** — which caused his **Medicaid, Medicare, and SSI benefits to be cut off**.
18. He incurred **over $300,000 in unpaid medical bills**, lost access to food and housing, and suffered from worsening medical conditions.

## V. CLAIMS FOR RELIEF

**COUNT I – Violation of 42 U.S.C. § 1983 – Deliberate Indifference to Serious Medical Needs**

(Against Wayne County, Sheriff's Office, Doe Officers)

19. Defendants knew of Plaintiff's serious health conditions (kidney failure, heart disease, seizures) and intentionally ignored critical medical needs.
20. These acts constituted **deliberate indifference** and violated Plaintiff's **Eighth and Fourteenth Amendment** rights.

### COUNT II – Violation of the Americans with Disabilities Act (ADA)

(42 U.S.C. § 12132 et seq.)
(Against State of Michigan, Wayne County)

21. Plaintiff is a qualified individual with disabilities.
22. Defendants failed to provide reasonable accommodations (medications, wheelchair access, transport assistance).
23. Their failure caused Plaintiff physical injury and loss of federally protected benefits.

### COUNT III – Wrongful Imprisonment Compensation Act (MCL 691.1751 et seq.)

(Against State of Michigan)

24. Plaintiff was incarcerated **without conviction**.
25. He qualifies for WICA damages under Michigan law.
26. Plaintiff seeks **$50,000/year of confinement** and **damages for tether** and **hospital custody**.

### COUNT IV – Negligence and Gross Negligence

(Against Wayne County and Sheriff's Office)

27. Defendants' actions breached their duty of care and constituted gross negligence.
28. Plaintiff suffered foreseeable injuries — physical, emotional, financial.

### COUNT V – Fourteenth Amendment – Procedural Due Process Violation

(Against Wayne County and Prosecutor's Office)

29. The erroneous post-release processing led to the unlawful suspension of benefits, a deprivation of liberty and property without due process.

---

## VI. DAMAGES

30. Plaintiff suffered:

- **Physical harm** from untreated medical emergencies
- **Psychological injuries** including PTSD and anxiety

- **Over $300,000 in unpaid medical bills**
- **Loss of Social Security, Medicare/Medicaid, housing, and transportation**
- **Severe reputational damage** and stigma from tether and court appearances
- **Increased disability** and risk of death from delayed care

## VII. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Declare that Plaintiff's constitutional rights were violated;

B. Award **compensatory damages** in excess of **$26 million**;

C. Award **punitive damages** to punish and deter future misconduct;

D. Award WICA statutory damages of **$50,000/year** or **$136.99/day**, plus tether and hospital time;

E. Issue **injunctive relief** to correct erroneous incarceration data and restore benefits;

F. Award **attorney fees and costs** under 42 U.S.C. § 1988;

G. Grant **expedited review** due to Plaintiff's worsening health and disability;

H. Grant such further relief as this Court deems just and proper.

## VIII. VERIFICATION

I, Daniel Brown Jr., verify under penalty of perjury that the above statements are true and correct to the best of my knowledge.

Dated: July 22, 2025
**/s/ Daniel Brown Jr.**
Daniel Brown Jr.
In Propria Persona
16000 Puritan St., Apt 1
Detroit, MI 48227
(810) 295-8489
Dan.brown526@gmail.com

## IX. CERTIFICATE OF SERVICE

Pursuant to MCR 1.109(G) and Local Rules, I certify that on **July 22, 2025**, I submitted this Complaint via the U.S. District Court's **Pro Se Electronic Document Upload Program** and mailed a copy to:

- Michigan Attorney General – P.O. Box 30212, Lansing, MI 48909
- Wayne County Corporation Counsel – 500 Griswold St., 30th Floor, Detroit, MI 48226
- Wayne County Sheriff's Office – 4747 Woodward Ave., Detroit, MI 48201
- Wayne County Prosecutor's Office – 1441 St. Antoine St., Detroit, MI 48226

**/s/ Daniel Brown Jr.**